UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -v-

Selassie Sinclair,

                    Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-MAG-335

Defendant <u>Selassie Sinclair</u> hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- **X**    Initial Appearance/Appointment of Counsel

- \_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- \_\_\_    Preliminary Hearing on Felony Complaint

- \_\_\_    Bail/Revocation/Detention Hearing

- \_\_\_    Status and/or Scheduling Conference

- \_\_\_    Felony Plea/Trial/Sentence

\_/s/ Selassie Sinclair_____        \_/s/ Marisa K. Cabrera_____
Defendant's Signature                                                 Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Selassie Sinclair_____              Marisa K. Cabrera_____
Print Defendant's Name                                           Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

Jan 12, 2021                                                              _____
Date                                                                       U.S. Magistrate Judge – ONA T. WANG